UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ALPHEA MARECIA HALILOVIC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No.  4:12CV00978 AGF |
| | ) |
| AT&T and AT&T Services, Inc., | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

**IT IS HEREBY ORDERED** that pro se Plaintiff's motion (Doc. No. 17) to amend her complaint by adding Southwestern Bell Telephone Company as a Defendant is **GRANTED**.  The Clerk of Court shall amend the docket sheet to reflect the addition of this Defendant.

**IT IS FURTHER ORDERED** that Plaintiff's request for additional time up to **September 28, 2012** to file an amended complaint is **GRANTED**.  Plaintiff shall also have up to **September 28, 2012** to respond to Defendant's pending motion to dismiss the current complaint.

**IT IS FURTHER ORDERED** that Plaintiff's motion (Doc. No. 3) for appointment of counsel is **DENIED**.  There is no constitutional right for a pro se plaintiff to have counsel appointed in a civil case, *Phillips v. Jasper County Jail*, 437 F.3d. 791, 794 (8th Cir. 2006), and upon review of the relevant factors, the Court concludes that such appointment is not warranted here at this point in the proceedings.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 31st day of August, 2012.